IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

NASERIE JACKSON, :
:
    Petitioner, :
:
vs. : CIVIL ACTION 13-0421-WS-M
:
CYNTHIA WHITE-STEWART, :
:
    Respondent. :

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that Petitioner's Motion to Withdraw Without Prejudice (Doc. 12) be DENIED, that this habeas petition (Doc. 1) be DENIED as time-barred, and that this action be DISMISSED. Finally, it is further ORDERED that any certificate of appealability filed by Petitioner be DENIED as he is not entitled to appeal *in forma pauperis*.

DONE this 12th day of February, 2014.

                        s/WILLIAM H. STEELE
                        CHIEF UNITED STATES DISTRICT JUDGE