IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

NASERIE JACKSON, :
:
    Petitioner, :
:
vs. : CIVIL ACTION 13-0421-WS-M
:
CYNTHIA WHITE-STEWART, :
:
    Respondent. :

## JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Respondent Cynthia White-Stewart and against Petitioner Naserie Jackson pursuant to 28 U.S.C. § 2244(d).

DONE this 12th day of February, 2014.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE